CLARENCE GIBSON

VERSUS

24TH JUDICIAL DISTRICT CRIMINAL COURT

NO. 24-KH-527

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

November 14, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** CLARENCE GIBSON

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE R. CHRISTOPHER COX, III, DIVISION "B", NUMBER 07-6779

Panel composed of Judges Fredericka Homberg Wicker,
Marc E. Johnson, and Scott U. Schlegel

**WRIT DENIED**

In this *pro se* writ application, relator, Clarence Gibson, seeks review of the trial court's March 27, 2009 ruling denying his Motion for New Trial and for Post-Verdict Judgment of Acquittal ("Motion for New Trial"). For the following reasons, we deny this writ application.

Relator was charged with aggravated rape of a known juvenile in violation of La. R.S. 14:42. In 2009, after a jury trial, he was convicted of the lesser included offense of sexual battery, in violation of La. R.S. 14:43.1, and sentenced to 25 years of imprisonment at hard labor. Relator's conviction and sentence were reviewed and upheld by this Court and the Louisiana Supreme Court. *State v. Gibson*, 09-486 (La. App. 5 Cir. 3/9/10), 38 So.3d 373, *writ denied*, 10-802 (La. 11/5/10), 50 So.3d 814.

On November 6, 2024, relator filed this writ application, entitled "Direct Appeal for Judgment of Conviction," stating he was denied a fair trial. However,

24-KH-527

relator does not set forth any argument as to why his trial was not fair; rather he simply states, "Claim: Right to a Fair Trail [sic] 6th Amendment." Relator attached a copy of his Motion for New Trial, which was denied by the trial court in March 2009, to his writ application.

After review, we find that relator's writ application is deficient because he has failed to include a notice of intent to file this writ application, an order from the trial court setting a return date, and a copy of the trial court's ruling, in violation of U.R.C.A., Rules, 4-2, 4-3, 4-5(C). Further, this writ application is untimely, as it was not filed within the time delays set forth in U.R.C.A., Rule 4-3.

To the extent relator contends this writ application is an appeal of the trial court's March 2009 judgment denying his Motion for New Trial, we find relator is not entitled to appeal this ruling. Not only would an appeal be untimely pursuant to La. C.Cr.P. art. 914, but also the Louisiana Constitution does not provide for a second direct appeal. *State v. Howard*, 53,104 (La. App. 2 Cir. 1/15/20), 289 So.3d 1176, 1179, *writ denied*, 20-400 (La. 6/22/20), 297 So.3d 722. Relator's conviction and sentence were affirmed on appeal in 2010. *See Gibson*, *supra*. Once an appellate court renders judgment and that judgment becomes final, the criminal defendant no longer has a right to appeal. *Howard*, 289 So.3d at 1179.

For these reasons, we deny relator's writ application.

Gretna, Louisiana, this 14th day of November, 2024.

**FHW**
**MEJ**
**SUS**

2

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **11/14/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-527**

### E-NOTIFIED
24th Judicial District Court (Clerk)
R. Christopher Cox, III (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Clarence Gibson #366576 (Relator)
Dixon Correctional Institute
Post Office Box 788
Jackson, LA 70748